IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 1:23-336 (APM) |
| | : | |
| PATRICIA BAILEY, | : | |
| | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, PATRICIA BAILEY, agree and stipulate to the facts presented below. These facts are presented for the purpose of demonstrating there is a factual basis for BAILEY's guilty plea pursuant to Federal Rule of Criminal Procedure 11, and do not represent all of the evidence that could have been presented at a trial. At all times relevant to this Statement of Offense:

*Background*

1. The Defendant, PATRICIA BAILEY was an administrative officer for Cardozo Education Campus ("Cardozo"), a unit of the District of Columbia Public Schools ("DCPS"), an agency of the District of Columbia government. BAILEY's responsibilities included managing Cardozo's budget for supplies, including classroom supplies, technology supplies, and office and maintenance supplies. BAILEY also was responsible for selecting and awarding contracts to vendors to provide supplies to Cardozo, placing orders with those vendors for supplies, and confirming deliveries and approving vendor invoices for payment.

2. BAILEY procured office supplies for Cardozo by issuing purchase orders to approved vendors and by utilizing a District of Columbia government-issued credit card, commonly referred to as a "purchase card."

3. Public Official 1 was a contracting specialist at DCPS. Public Official 1's responsibilities included procuring office supplies and other goods for DCPS and its schools.

4. Company 1, Company 2, and Company 3 (collectively, "the Companies") were approved vendors on the District of Columbia Supply Schedule ("DCSS"). As approved vendors, the Companies were eligible to bid on contracts with DCPS with office supplies, and DCPS could use purchase cards to buy office supplies from the Companies.

5. Contractor 1 owned Company 1.

6. Contractor 2 owned Company 2.

7. Contractor 3 owned Company 3.

*The Bribery Schemes*

8. Beginning at least in or about 2018, and continuing to in or about 2021, BAILEY and Public Official 1 engaged in bribery with Contractor 1, Contractor 2, and Contractor 3 ("the Contractors"). That is, the Contractors paid bribes to BAILEY and Public Official 1 in exchange for BAILEY and Public Official 1 using their positions at DCPS to take official acts and to violate their lawful duties for the Contractors' benefit.

9. In exchange for the bribes, BAILEY and Public Official 1, among other official acts and violations of lawful duties, issued purchase orders to the Companies and caused DCPS and Cardozo to pay the Companies for goods that the Companies never delivered by paying fraudulent invoices submitted pursuant to the purchase orders.

10. As another part of the bribery schemes, in exchange for the bribes, BAILEY directed the Contractors to fraudulently charge BAILEY's government-issued purchase card for fake purchases of supplies.

11. In return for the official acts and violations of lawful duties taken by BAILEY and/or Public Official 1, the Contractors provided some or all of the fraudulently obtained DCPS and Cardozo funds to BAILEY and/or Public Official 1. The fraudulently obtained funds provided to and accepted by BAILEY and Public Official 1 were bribes.

12. On some occasions, BAILEY requested and received cash payments from Contractor 1 that did not consist of fraudulently obtained DCPS funds, but that BAILEY accepted as additional bribe payments.

*Total Loss*

13. In total, BAILEY's bribery schemes with Public Official 1 and the Contractors caused a loss to the government of the District of Columbia of more than $95,000 but less than $150,000.

14. The minimum amount of personal profit that BAILEY received from the bribery schemes was approximately $72,000.

15. This Statement of Offense does not describe all the ways in which BAILEY and Public Official 1 fraudulently directed DCPS and Cardozo funds to the Contractors.

                              MATTHEW M. GRAVES
                              UNITED STATES ATTORNEY
                              D.C. Bar No. 481052

By: _____
       CHRISTOPHER R. HOWLAND
       Assistant United States Attorney
       Fraud, Public Corruption, & Civil Rights
       U.S. Attorney's Office
       601 D Street N.W.
       Washington, D.C. 20530
       (202) 252-7106 (Howland)
       Christoher.Howland@usdoj.gov
       D.C. Bar No. 1016866

## Defendant's Acceptance

I have read this Statement of Offense and carefully reviewed every part of it with my attorney. I am fully satisfied with the legal services provided by my attorney in connection with this Statement of Offense and all matters relating to it. I fully understand this Statement of Offense and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

10/18/22
Date

PATRICIA BAILEY
Defendant

## Defense Counsel's Acknowledgment

I am Defendant PATRICIA BAILEY's attorney. I have reviewed every part of this Statement of Offense with her. It accurately and completely sets forth the Statement of Offense agreed to by the defendant and the Office of the United States Attorney for the District of Columbia.

10/21/22
Date

RAMMY G. BARBARI
Attorney for Defendant