# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**PATRICIA BAILEY,**<br><br>Defendant. | Case No. 23-cr-336<br><br>**UNDER SEAL** |

## ORDER TO UNSEAL CRIMINAL INFORMATION

This matter having come before the Court pursuant to the application of the United States to unseal the Criminal Information and related filings, the Court finds that, for good cause shown, the application is hereby GRANTED.

IT IS ORDERED that the Information, the instant Motion, this Order, other pleadings, files, and records in this case be unsealed and the clerk is ordered to enter this case on the public docket.

_____
HONORABLE AMIT P. MEHTA
United States District Judge
for the District of Columbia

copies to:

Christopher R. Howland
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530

Rammy Barberi, Esq.
Counsel for Defendant
409 7th St, NW #200
Washington DC 20004